No. 115.  UNITED STATES *v.* JOHNSON; and

No. 116.  UNITED STATES *v.* SOMMERS ET AL.  March 4, 1946.  MR. JUSTICE MURPHY took no part in the consideration of decision of this application.  327 U. S. 106.

No. 723.  REPUBLIC PICTURES CORP. *v.* KAPPLER.  March 11, 1946.

No. 653.  GAS RIDGE, INC. *v.* SUBURBAN AGRICULTURAL PROPERTIES, INC.  March 11, 1946.  Second petition for rehearing denied.  MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 94, Misc.  McCONNELL *v.* DOWD, WARDEN.  March 25, 1946.

No. 350.  ALL SERVICE LAUNDRY CORP. *v.* PHILLIPS, ADMINISTRATRIX, ET AL.  March 25, 1946.

No. 444.  BIGELOW ET AL. *v.* RKO RADIO PICTURES, INC. ET AL.  March 25, 1946.  327 U. S. 251.

No. 763.  CARRUTHERS *v.* UNITED STATES.  March 25, 1946.

No. 817.  HARTSHORN *v.* KUZMIER ET AL.  March 25, 1946.

No. 381.  ASHCRAFT ET AL. *v.* TENNESSEE.  March 25, 1946.  The petition for rehearing of John Ware is denied.  327 U. S. 274.